## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: ANITA G. POWELL  §    Case No. 15-80984
§
§
Debtor(s)  §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the
administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 04/13/2015.

2) The plan was confirmed on 01/28/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on
NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the
plan on 04/04/2016, 05/06/2016.

5) The case was dismissed on 05/06/2016.

6) Number of months from filing or conversion to last payment: 9.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $14,639.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 2,808.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 2,783.00 |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,187.48 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 186.82 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,374.30 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SPRINGER LAW FIRM | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 2,187.48 | 0.00 |
| MIDWEST TITLE LOANS | Sec | 1,400.00 | 650.00 | 650.00 | 408.70 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 6,400.00 | 1,777.12 | 1,777.12 | 0.00 | 0.00 |
| AAA CHECK RECOVERY | Uns | 66.00 | NA | NA | 0.00 | 0.00 |
| AAA COMMUNITY FINANCE | Uns | 1,078.43 | NA | NA | 0.00 | 0.00 |
| AARONS RENTAL | Uns | 391.96 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 1,080.00 | 1,080.00 | 1,080.00 | 0.00 | 0.00 |
| ASSOCIATED BANK | Uns | 1,122.89 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 778.40 | 253.58 | 253.58 | 0.00 | 0.00 |
| CHECK N GO | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 382.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,475.20 | 1,803.70 | 1,803.70 | 0.00 | 0.00 |
| COMPLETE PAYMENT RECOVERY | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Uns | 7,400.00 | 6,802.56 | 6,802.56 | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Uns | 974.23 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Uns | 615.71 | NA | NA | 0.00 | 0.00 |
| CREDITORS BANKRUPTCY SERVICE | Uns | 494.97 | NA | NA | 0.00 | 0.00 |
| EASTERN COLLECTION | Uns | 254.79 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ECMC | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| ENCIRCLE CHECK COLLECTIONS | Uns | 388.82 | NA | NA | 0.00 | 0.00 |
| GENEVA ROTH CORPORATION | Uns | 428.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 5,575.91 | 6,320.83 | 6,320.83 | 0.00 | 0.00 |
| IHC - SWEDISHAMERICAN | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| IMAGINE CARD SERVICES | Uns | 640.92 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 1,149.67 | 145.64 | 145.64 | 0.00 | 0.00 |
| KANE COUNTY STATES ATTORNEY | Uns | 2,920.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE OF JOEL CARDIS LLC | Uns | 959.90 | NA | NA | 0.00 | 0.00 |
| LEADING EDGE RECOVERY | Uns | 623.16 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,484.54 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 8,631.18 | NA | NA | 0.00 | 0.00 |
| NATIONAL SERVICE BUREAU | Uns | 524.63 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Uns | 508.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 7,707.03 | 5,844.05 | 5,844.05 | 0.00 | 0.00 |
| ONE ENCIRCLE PLAZA | Uns | 437.79 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK / CHARTER | Uns | 464.48 | NA | NA | 0.00 | 0.00 |
| QUANTUM 3 GROUP LLC | Uns | 888.55 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ASSOCIATED CLINICAL | Uns | 134.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MEMORIAL HOSPITAL | Uns | 2,193.70 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 80.72 | 1,120.57 | 1,120.57 | 0.00 | 0.00 |
| SANTA BARBARA BANK & TRUST | Uns | 2,300.00 | NA | NA | 0.00 | 0.00 |
| SFC | Uns | 670.00 | 444.00 | 444.00 | 0.00 | 0.00 |
| SPRINT CORP | Uns | 894.66 | 894.66 | 894.66 | 0.00 | 0.00 |
| ST PAULS LUTHERAN SCHOOL | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| STERLING & KING INC | Uns | 380.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 9,256.18 | NA | NA | 0.00 | 0.00 |
| T-MOBILE BANKRUPTCY TEAM | Uns | 176.62 | NA | NA | 0.00 | 0.00 |
| TITLE CASH OF ILLINOIS | Uns | 1,475.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Uns | 141.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 850.00 | NA | NA | 0.00 | 0.00 |
| ENTERGY ARKANSAS INC | Uns | 0.00 | 761.10 | 761.10 | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 0.00 | 13,547.62 | 13,547.62 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 650.00 | $ 408.70 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 650.00 | $ 408.70 | $ 0.00 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 40,795.43 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 2,374.30 |
| Disbursements to Creditors | $ 408.70 |
| **TOTAL DISBURSEMENTS:** | $ 2,783.00 |

12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  <u>07/15/2016</u>                    By:  <u>/s/ Lydia S. Meyer</u>
                                        Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.